Mansfield (MA-2228)
Karen Bekker (KB-9077)
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10069
(212) 818-9200
Attorneys for Plaintiff Getty Images, Inc.

**08 CV 3563**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GETTY IMAGES (US), INC.,

              Plaintiff,

  -against-

ICG AMERICA INC., doing business as
AMAZING CLUBS,

              Defendants.

08 Civ. )

COMPLAINT FOR
DAMAGES AND
INJUNCTIVE RELIEF

APR 14 2008
U.S.D.C. S.D. N.Y.
CASHIERS

      Plaintiff, Getty Images (US), Inc., by its undersigned attorneys Satterlee Stephens

Burke & Burke LLP, for its Complaint against ICG America, Inc., doing business as Amazing

Clubs, alleges, upon information and belief, as follows:

PARTIES

      1.     Getty Images (US), Inc. ("Getty Images") is a New York corporation with

its principal place of business at 601 North 34th Street, Seattle, Washington.

      2.     Defendant ICG America Inc., doing business as Amazing Clubs

("Amazing Clubs") is an online retailer with offices located in Connecticut. Upon information

and belief, at all times relevant to the allegations in this complaint, Defendant sold its product in

New York State and Defendant may be found in New York State.

1

726356_2

## JURISDICTION AND VENUE

3.      This Court has jurisdiction pursuant to 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1338 (copyright) in that this case involves claims brought under federal copyright law, 17 U.S.C. § 101 et seq.

4.      Personal jurisdiction and venue are proper in this District pursuant to 28 U.S.C. §1400(b) because Defendant may be found in this District.

## BACKGROUND

5.      Plaintiff Getty Images is one of the world's leading content providers, supplying high quality, relevant imagery and related services to advertising agencies, graphic design firms, and film and broadcasting companies, to editorial customers involved in newspaper, magazine, book, CD-ROM and online publishing, and to corporate marketing departments and other business customers. Getty Images generates revenue from licensing the rights to use its imagery and from providing related services. Revenue is principally derived from a large number of relatively small transactions involving licensing rights to use single still images, film clips or CDs containing multiple images.

6.      Most of the images in Getty Images's creative collections are obtained from independent photographers and filmmakers on an exclusive basis. Professional photographers and filmmakers prefer to retain ownership of their work. As a result, copyright to an image remains with the contributing photographer or filmmaker in most cases.

7.      Getty Images was the first company to license imagery via the Internet and today delivers virtually all of its visual content digitally. Getty Images's web site, gettyimages.com, serves an average of 3.2 million thumbnails, 6.5 million visits and 3.5 million unique users in addition to an average of 167 million page views each month. Visitors to Getty

2

Images's web site can search through and view hundreds of thousands of images and obtain licenses for those images online.

8.      Upon information and belief, Amazing Clubs owns and operates a web site at http://www.amazingclubs.com. Through its website, Amazing Clubs markets and sells memberships to various monthly food and beverage "clubs" which deliver gourmet food and beverages, such as cookies (the Cookie Club), coffee (the Coffee Club), or wine (the Wine Club), to members on a monthly basis. Amazing Clubs directs its marketing efforts towards individuals residing in New York and in this district and those individuals may purchase club "memberships" directly through the website at http://www.amazingclubs.com.

9.      On November 15, 2006, Plaintiff discovered that Defendant had obtained copies of thirty-one images exclusively licensed to Getty Images and incorporated those images into the web site http://www.amazingclubs.com. This use was continuous and ongoing until approximately February of 2007. The date on which Defendant began using these images is unknown. Defendant's use of the thirty-one images was unauthorized and violated the rights of Getty Images and of the authors of those images.

10.      One of the images copied by Defendant and incorporated into the http://www.amazingclubs.com web site was an image identified as Image No. AR1337-001, entitled "Chocolate Truffles, Close-Up" from the Stone Collection.

11.      Image No. AR1337-001 was registered with United States Copyright Office on December 6, 2007, Registration Number VA-1-623-582.

12.      One of the images copied by Defendant and incorporated into the http://www.amazingclubs.com web site was an image identified as Image No. 6410-001236, entitled "Chocolate Chip Cookies" from the Photonica Collection.

3

13.    Image No. 6410-001236 was registered with United States Copyright Office on December 11, 2007, Registration Number VA-1-623-827.

14.    One of the images copied by Defendant and incorporated into the http://www.amazingclubs.com web site was an image identified as Image No. 200138097-001, entitled "Couple in Unfurnished House, Morning" from the Photographer's Choice Collection.

15.    Image No. 200138097-001 was registered with United States Copyright Office on December 6, 2007, Registration Number VA-1-623-585.

16.    One of the images copied by Defendant and incorporated into the http://www.amazingclubs.com web site was an image identified as Image No. AB68203, entitled "Cup of Coffee and Coffee Beans" from the Taxi Collection.

17.    Image No. AB68203 was registered with United States Copyright Office on December 7, 2007, Registration Number VA-1-623-736.

18.    One of the images copied by Defendant and incorporated into the http://www.amazingclubs.com web site was an image identified as Image No. 200184229-001, entitled "Espresso Machine" from the Stone Collection.

19.    Image No. 200184229-001 was registered with United States Copyright Office on December 7, 2007, Registration Number VA-1-623-727.

20.    One of the images copied by Defendant and incorporated into the http://www.amazingclubs.com web site was an image identified as Image No. 10153881 entitled "Valentine Roses" from the Image Bank Collection.

21.    Image No. 10153881 was created as a work for hire by a foreign company, and was first published outside of the United States.

4

22.     One of the images copied by Defendant and incorporated into the http://www.amazingclubs.com web site was an image identified as Image No. 816420-001, entitled "Selection of Fruits Arranged in a Bowl, Still Life, Overhead View" from the Stone Collection.

23.     Image No. 816420-001 was created by a foreign national, and was first published outside of the United States.

24.     Copies of the Certificates of Registration for Image Nos. AR1337-001, 6410-001236, 200138097-001, AB68203, and 200184229-001 and are attached hereto as Exhibit A.

25.     Defendant also copied into the Amazing Clubs web site twenty-four other images exclusively licensed to Getty Images without authorization or license.

26.     Attached hereto as Exhibit B are screen shots of the Amazing Clubs web site found at http://www.amazingclubs.com showing web pages that incorporate unauthorized copies of images exclusively licensed to Getty Images.

27.     The Defendant's unauthorized use of copyright protected images has caused Getty Images to suffer damages.

FIRST CAUSE OF ACTION -- COPYRIGHT INFRINGEMENT

28.     Plaintiff Getty Images incorporates paragraphs 1 through 27 above, as though fully set forth herein.

29.     Getty Images is the exclusive licensee of the images that are the subject of this action. Those images have validly registered copyrights, as evidenced by the copyright registration certificates contained in Exhibit A.

5

726356_2

30. Defendant reproduced, distributed and displayed those images without Getty Images's authorization.

31. The actions and conduct by Defendant as described above infringe upon Getty Images's exclusive rights granted under 17 U.S.C. § 106 to display, reproduce and distribute the registered copyrighted works to the public.

32. Defendant's actions and conduct constitute copyright infringement under the Copyright Act of 1976, 17 U.S.C. § 501.

33. As a result of the copyright infringement described above, Plaintiff Getty Images is entitled to relief including, but not limited to, injunctive relief, damages, and pre-judgment interest.

WHEREFORE, Plaintiff Getty Images prays for the following relief:

A. For an award pursuant to 17 U.S.C. § 504(b) of Defendant's profits and for actual damages in such amount as may be found; for an order permanently enjoining Defendant from infringing Plaintiff's copyrighted images pursuant to 17 U.S.C. § 502; and for an award of costs;

B. For prejudgment interest on the amount of the award to Plaintiff; and

C. And for such other and further relief as the Court deems just and proper.

6

Dated: New York, New York
April 14, 2008

SATTERLEE STEPHENS BURKE & BURKE LLP

By: _____
Mario Aieta (MA-2228)
Karen Bekker (KB-9077)
230 Park Avenue
New York, New York 10069
tel: (212) 818-9200

Attorneys for Plaintiff Getty Images (US), Inc.

7

# Exhibit A

# Copyright
United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0001623582
Search Results: Displaying 1 of 1 entries



*Chocolate truffles, close-up. Getty Images number AR1337-001.*

**Type of Work:** Visual Material
**Registration Number / Date:** VA0001623582 / 2007-12-06
**Application Title:** Chocolate truffles, close-up. Getty Images number AR1337-001.
**Title:** Chocolate truffles, close-up. Getty Images number AR1337-001.
**Description:** Electronic file (eService)
**Copyright Claimant:** C. Bruce Foster, 1943- . Address: 1306 NW Hoyt Street, #302, Portland, OR, 97209, United States
**Date of Creation:** 1995
**Date of Publication:** January 01, 1995
**Nation of First Publication:** United States
**Authorship on Application:** C. Bruce Foster, 1943- ; Domicile: United States; Citizenship: United States. Authorship: photograph(s)
**Names:** Foster, C. Bruce, 1943-



| Save, Print and Email (Help Page) |
| Select Download Format Full Record ⬜ Format for Print/Save |
| Enter your email address: [          ] Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0001623827
Search Results: Displaying 1 of 1 entries



*Chocolate chip cookies. Getty Images number 6410-001236.*

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001623827 / 2007-12-11 |
| **Application Title:** | Chocolate chip cookies. Getty Images number 6410-001236. |
| **Title:** | Chocolate chip cookies. Getty Images number 6410-001236. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Charles William Gullung III, 1964- . Address: 5216 NE Cleveland Ave., Portland, OR, 97211, United States |
| **Date of Creation:** | 2004 |
| **Date of Publication:** | October 03, 2004 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Charles William Gullung III, 1964- ; Domicile: United States; Citizenship: United States. Authorship: photograph(s) |
| **Names:** | Gullung III, Charles William, 1964- |



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format Full Record | Format for Print/Save |
| Enter your email address: | Email |

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

Case 1:08-cv-03360-RJH    Document 1    Filed 04/14/2008    Page 11 of 51

# Copyright
**United States Copyright Office**

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0001623585
Search Results: Displaying 1 of 1 entries



*Couple in unfurnished house, morning. Getty Images number 200138097-001.*

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001623585 / 2007-12-06 |
| **Application Title:** | Couple in unfurnished house, morning. Getty Images number 200138097-001. |
| **Title:** | Couple in unfurnished house, morning. Getty Images number 200138097-001. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Ghislain David de Lossy, 1953- . Address: Avenue des Aubepines 38, Brussels, 1180, Belgium |
| | Marie David de Lossy, 1956- . Address: Avenue des Aubepines 38, Brussels, 1180, Belgium |
| **Date of Creation:** | 2000 |
| **Date of Publication:** | July 02, 2004 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Ghislain David de Lossy, 1953- ; Domicile: Belgium; Citizenship: Belgium. Authorship: photograph(s) |
| | Marie David de Lossy, 1956- ; Domicile: Belgium; Citizenship: Belgium. Authorship: photograph(s) |
| **Names:** | David de Lossy, Ghislain, 1953- |
| | David de Lossy, Marie, 1956- |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record    Format for Print/Save |
| Enter your email address:                          Email |

Help   Search   History   Titles   Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0001623736
Search Results: Displaying 1 of 1 entries





### *Cup of coffee and coffee beans. Getty Images number AB68203.*

**Type of Work:** Visual Material
**Registration Number / Date:** VA0001623736 / 2007-12-07
**Application Title:** Cup of coffee and coffee beans. Getty Images number AB68203.
**Title:** Cup of coffee and coffee beans. Getty Images number AB68203.
**Description:** Electronic file (eService)
**Copyright Claimant:** Ken Reid, 1956- . Address: 684 E Pelham Rd. NE, Atlanta, GA, 30324, United States
**Date of Creation:** 1994
**Date of Publication:** December 15, 1995
**Nation of First Publication:** United States
**Authorship on Application:** Ken Reid, 1956- ; Domicile: United States; Citizenship: United States. Authorship: photograph(s)
**Names:** Reid, Ken, 1956-

| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record    [ Format for Print/Save ] |
| Enter your email address: [                    ]    [ Email ] |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0001623727
Search Results: Displaying 1 of 1 entries





### *Espresso machine. Getty Images number 200184229-001.*

**Type of Work:** Visual Material

**Registration Number / Date:** VA0001623727 / 2007-12-07

**Application Title:** Espresso machine. Getty Images number 200184229-001.

**Title:** Espresso machine. Getty Images number 200184229-001.

**Description:** Electronic file (eService)

**Copyright Claimant:** Luca Trovato, 1961- . Address: 1421 Mountain Avenue, Santa Barbara, CA, 93101, United States

**Date of Creation:** 2005

**Date of Publication:** May 11, 2005

**Nation of First Publication:** United States

**Authorship on Application:** Luca Trovato, 1961- ; Domicile: United States; Citizenship: Italy. Authorship: photograph(s)

**Names:** Trovato, Luca, 1961-

---

| Save, Print and Email (Help Page) | | |
|---|---|---|
| Select Download Format Full Record | | Format for Print/Save |
| Enter your email address: | | Email |

# Exhibit B







































































