UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE HOLWELL

**08 CV 3563**

GETTY IMAGES (US), INC.,

Plaintiff,

-v-

ICG AMERICA INC., doing business as
AMAZING CLUBS,

Defendant.

Case No. _____

**Rule 7.1 Statement**

APR 14 2008
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

**GETTY IMAGES (US), INC.,** _____ (a private non-governmental party) certifies that said party has no corporate parents and no publicly held company owns 10% or more of said party.

105293.13

4/14-08

Date: 4/14/08

Signature of Attorney

Attorney Bar Code: KB-9077