**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

GETTY IMAGES (US), INC.,

      Plaintiff(s),

      -against-

ICG AMERICA INC., doing business as AMAZING CLUBS,

      Defendant(s).
------------------------------------------------------------------X

Case No. 08 CV 3563

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
      S.S.:
COUNTY OF ROCKLAND  )

      DAVID KSIAZEK, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

      That on the 16th day of April, 2008, at approximately the time of 3:10 PM, deponent served a true copy of the SUMMONS, COMPLAINT, CIVIL COVER SHEET, INDIVIDUAL PRACTICES OF JUDGE RICHARD J. HOLWELL AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE ANDREW J. PECK upon ICG AMERICA INC., doing business as AMAZING CLUBS at 700 Canal Street, 5th Floor, Stamford, Connecticut 06902, by personally delivering and leaving the same with JOHN PATTERSON, who informed deponent that he is an president authorized by ICG AMERICA INC., doing business as AMAZING CLUBS to receive service at that address.

      JOHN PATTERSON is a white male, approximately 36 years of age, stands approximately 6 feet 1 inches tall, weighs approximately 190 pounds with brown hair and brown eyes.

_____
DAVID KSIAZEK #0974523

Sworn to before me this
23rd day of April, 2008

_____
NOTARY PUBLIC

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW OF NY
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 20__

D.L.S., Inc.
145 So. Mountain Rd
New City, NY 10956
845-639-7559
www.dlsny.com