UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

GETTY IMAGES (US), INC.,                                    08 cv 3563

                          Plaintiff,                         Holwell, J.

  - against -

ICG AMERICA, INC., d/b/a/                                   **STIPULATION**
AMAZING CLUBS,

                         Defendant.
_____

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the parties herein, that:

1. the date by which defendant must respond to the complaint is adjourned to May 20, 2008;

2. defendant will not contest service of process.

Dated: April 29, 2008
       New York, New York

LAW OFFICES OF MARTIN J. MURRAY        SATTERLEE STEPHENS BURKE & BURKE

By: _____                    By: _____
     Martin Murray (MM-5103)                          Mario Aieta (MA-2228)
                                                                   Karen Bekker (KB-9077)
475 Park Avenue South, 25th Floor             230 Park Avenue
New York, New York 10016                        New York, New York 10069
Tel: 212-725-2044                                       Tel: 212-818-9200

Counsel to Defendant                                       Counsel to Plaintiff