Holwell/J


RECEIVED MAY 6 2008 CHAMBERS OF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GETTY IMAGES (US), INC.,

        Plaintiff,

- against -

ICG AMERICA, INC., d/b/a/
AMAZING CLUBS,

        Defendant.

---

08 cv 3563

Holwell, J.

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the parties herein, that:

1. the date by which defendant must respond to the complaint is adjourned to May 20, 2008;

2. defendant will not contest service of process.

Dated: April 29, 2008
New York, New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/08
```

LAW OFFICES OF MARTIN J. MURRAY

By: _____
    Martin Murray (MM-5103)

475 Park Avenue South, 25th Floor
New York, New York 10016
Tel: 212-725-2044

Counsel to Defendant

SATTERLEE STEPHENS BURKE & BURKE

By: _____
    Mario Aieta (MA-2228)
    Karen Bekker (KB-9077)
230 Park Avenue
New York, New York 10069
Tel: 212-818-9200

Counsel to Plaintiff

_____
5/7/08